

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-22-00072-CV

**JMI CONTRACTORS, LLC,**
Appellant

v.

Jose Manuel **MEDELLIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05983
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant's brief was due on August 30, 2022, and on August 25, 2022, appellant filed a motion requesting an extension until September 29, 2022 to file his brief. On August 30, 2022, however, appellant filed his brief. Accordingly, appellant's motion requesting an extension is **moot**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court